

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Christopher Bennett Wooten,      * From the 118th District Court
of Howard County,
Trial Court No. 16679.

Vs. No. 11-23-00245-CR      * December 14, 2023

The State of Texas,      * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.